UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-1 |
| ) | (PHILLIPS/GUYTON) |
| COLIN SCOTT, also known as "C," ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Defendant's Motion to Suppress [Doc. 19], filed on March 7, 2005. The defendant entered [Docs. 35, 36, and 37] a guilty plea before the District Judge Thomas W. Phillips on May 26, 2005. Accordingly, the defendant's motion [**Doc. 19**] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

       s/ H. Bruce Guyton
United States Magistrate Judge